by Catherine H. Winslow against Henry Jeffrey. No opinion. Judgment affirmed, with costs.

---

WINTERER, Respondent, v. BAECHTOLD, Appellant. (Supreme Court, Appellate Division, First Department. February 19, 1915.) Action by Louise Winterer against Charles A. Baechtold. C. E. Francis, of New York City, for appellant. E. M. Wilcox, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

WISSBACH v. TERRY & TENCH CO., Inc. (Supreme Court, Appellate Division, Second Department. January 22, 1915.) Action by Philip Wissbach, as administrator, etc., of Ernest C. Wissbach, deceased, against the Terry & Tench Company, Incorporated. No opinion. Plaintiff's exceptions overruled, and judgment unanimously directed for defendant on the nonsuit, with costs.

---

WYLLYS CO. v. NIXON. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by the Wyllys Company against Lewis Nixon. No opinion. Motion denied, with $10 costs. Order filed. See, also, 150 N. Y. Supp. 944.

---

YAGEL v. JONES & CO. (Supreme Court, Appellate Division, Third Department. January 6, 1915.) Action by George Yagel against Jones & Co. No opinion. Motion granted by default.

---

YATES v. DELAP et al. (Supreme Court, Appellate Division, Second Department. February 5, 1915.) Action by Mary L. Yates against Peter B. Delap and another, as executors, etc., of Sarah J. Delap, deceased. No opinion. Judgment affirmed, with costs.

---

YOUNG, Appellant, v. McGRAW, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 27, 1915.) Action by James A. Young against William McGraw.

PER CURIAM. Judgment of County Court reversed, and judgment of Justice's Court affirmed, with costs in this court and county court to the plaintiff. Held that, upon the merits, the plaintiff clearly was entitled to the judgment rendered, and that, under the circumstances disclosed by the record, the error, if any, in denying defendant's application for leave to present his summary to the jury after the summary by plaintiff's counsel should have been disregarded.

---

YOUNG, Appellant, v. WENZ et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 15, 1915.) Action by Henry G. Young against Jacob Wenz and another. No opinion. Judgment affirmed, with costs.

---

YOUSEY, Respondent, v. QUEEN INS. CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 29, 1915.) Action by Peter Yousey against the Queen Insurance Company of America. No opinion. Judgment (148 N. Y. Supp. 125) and order affirmed, with costs.

---

YUNG v. BLAKE. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Charles Yung against Anna M. Blake. No opinion. Motion denied. Order filed. Memorandum for counsel only. See, also, 163 App. Div. 501, 148 N. Y. Supp. 557.

---

ZIMMERMAN et al. v. SONNENSCHEIN et al. (No. 6948.) (Supreme Court, Appellate Division, First Department. February 26, 1915.) Appeal from Special Term, New York County. Action by Joseph Zimmerman and others against Benjamin Sonnenschein and others. From an order striking out the answer as frivolous, certain defendants appeal. Reversed, and motion denied. Louis Joseph, of New York City, for appellants. Bernard Breitbart, of New York City, for respondents.

PER CURIAM. The defense of usury is sufficiently pleaded to resist a motion to strike out the answer as frivolous. The order should be reversed, with $10 costs and disbursements, and the motion denied, without costs.

---

ZWERLING, Appellant, v. NEUGASS, Respondent. (Supreme Court, Appellate Division, Second Department. January 29, 1915.) Action by Morris Zwerling against Frederick Neugass. No opinion. Judgment affirmed, with costs.

---

ZWIRZ, Respondent, v. MITCHELL et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 8, 1915.) Action by Ernest Zwirz against John R. Mitchell and another. No opinion. Judgment and order of the County Court of Kings County unanimously affirmed, with costs.

*